# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

**Name of debtor:**    Terrence L. Turner, Sr.  & Deirdre L. Turner         **Case Number:** 15-11275

**Trustee:**    Annette C. Crawford                                        **Chapter** 13

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 05/29/2020

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| **Name of creditor:** | BSI Financial Services, as servicer for U.S. Bank National Association, as Trustee of Cabana Series III Trust | **Last four digits** of any number you use to identify the debtor's account: | 3171 |
|---|---|---|---|

### Part 1: Pre-Petition Arrears - Court claim no. (if known) 7_____ (Docket Entry #____)

☒   Creditor agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

☐   Creditor does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:

Amount of pre-petition arrears due at filing:    $_____

Amount received from the Chapter 13 Trustee:    $_____

Pre-Petition arrears remaining due:    $_____

### Part 2: Post-Petition Amounts

☐   Creditor agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

☒   Creditor does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:

Post-Petition amounts remaining due:    $37,420.18

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| | Description | | Dates incurred | Amount |
|---|---|---|---|---|
| 1. | Installment Payments | | 03/01/18 – 11/01/19 $1,323.07 each 12/01/19 – 06/01/2020 $1,187.52 each | $37,420.18 |
| 2. | Late Charges | | | |
| 3. | Non-sufficient funds (NSF) fees | | | |
| 4. | Attorney fees | | | |
| 5. | Filing fees and court costs | | | |
| 6. | Advertisement costs | | | |
| 7. | Sheriff/auctioneer fees | | | |
| 8. | Title costs | | | |
| 9. | Recording fees | | | |
| 10. | Appraisal/broker's price opinion fees | | | |
| 11. | Property inspection fees | | | |
| 12. | Tax advances (non-escrow) | | | |
| 13. | Insurance advances (non-escrow) | | | |
| 14. | Escrow shortage or deficiency (do not include amounts that are part of any installment payment.) | | | |
| 15. | Property preservation expenses. | | | |
| 16. | Other. | | | |
| 17. | **Total expenses, and charges.** Add all of the amounts listed above. | | | $37,420.18 |

## Part 3: Sign Here

Print Name:  Matthew Resor

Title:  Attorney

Company:  Jackson & McPherson, LLC.          /s/ Matthew Resor
                                                                              Signature

Address and telephone              935 Gravier Street
number:                                         Suite 1400
                                                    New Orleans, LA 70112          Date: 06/19/2020


Telephone: 504-581-9444                    Email:mresor@jacksonmcpherson.com

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:    TERRENCE L. TURNER, SR.                    CASE NO. 15-11275

DEIRDRE L. TURNER

DEBTORS                                              CHAPTER 13

**CERTIFICATE OF SERVICE**

I certify that a copy of the response to notice of final cure payment of BSI Financial Services, as servicer for U.S. Bank National Association, as Trustee of Cabana Series III Trust has been served on the Debtors at the address listed below by United States Mail, postage prepaid, and to Debtors' counsel, the Chapter 13 Trustee and the U.S. Trustee electronically, through CM/ECF on June 19, 2020.

Terrence L. Turner, Sr. &
Deirdre L. Turner
19898 Pride Baywood Rd
Greenwell Springs, LA 70739

Pascale Watson, Counsel for Debtors
pascale@bwatsonlegal.com

Annette C. Crawford, Chapter 13 Trustee
crawfordtrustee@annettecrawford.com

/s/ Matthew Resor
Matthew Resor (No. 36929)